# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-299-859**
**Effective Date of Registration:**
May 12, 2022
**Registration Decision Date:**
May 17, 2022



## Title

**Title of Work:** Plans for Tract 6850

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** July 17, 2006
**Nation of 1st Publication:** United States

## Author

- **Author:** ADAVCO, INC.
  **Author Created:** technical drawing
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** ADAVCO, INC.
1930 TRUXTUN AVENUE, BAKERSFIELD, CA, 93303, United States

## Rights and Permissions

**Organization Name:** SoCal IP Law Group
**Name:** Brian Tamsut
**Email:** btamsut@socalip.com
**Telephone:** (805)267-2265
**Address:** 310 N Westlake Blvd STE 120
Westlake Village, CA 91362 United States

## Certification

Page 2 of 2

**Name:** Brian Tamsut
**Date:** May 12, 2022
**Applicant's Tracking Number:** A324.C22868

**Correspondence:** Yes

**Registration #:** VA0002299859  
**Service Request #:** 1-11376938272



SoCal IP Law Group LLP  
Brian Tamsut  
310 N Westlake Blvd STE 120  
Westlake Village, CA 91362 United States