# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-299-592**

**Effective Date of Registration:**
May 12, 2022
**Registration Decision Date:**
May 16, 2022

## Title

    **Title of Work:** Plans for Tract 6859

## Completion/Publication

    **Year of Completion:** 2006
  **Date of 1st Publication:** March 10, 2006
  **Nation of 1st Publication:** United States

## Author

-     **Author:** ADAVCO, INC.
    **Author Created:** technical drawing
  **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** ADAVCO, INC.
  1930 TRUXTUN AVENUE, BAKERSFIELD, CA, 93303, United States

## Rights and Permissions

  **Organization Name:** SoCal IP Law Group
        **Name:** Brian Tamsut
       **Email:** btamsut@socalip.com
    **Telephone:** (805)267-2265
     **Address:** 310 N Westlake Blvd STE 120
  Westlake Village, CA 91362 United States

## Certification

Page 1 of 2

**Name:** Brian Tamsut
**Date:** May 12, 2022
**Applicant's Tracking Number:** A324.C22869

---

**Correspondence:** Yes

**Registration #:**  VA0002299592
**Service Request #:**  1-11376924561



SoCal IP Law Group LLP
Brian Tamsut
310 N Westlake Blvd STE 120
Westlake Village, CA 91362 United States