Brian S. Tamsut, No. 322,780 btamsut@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Adavco, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adavco, Inc., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Deertrail Development LLC, a California limited liability company, New Gen Engineering Inc., a California corporation, McIntosh & Associates Engineering, Inc., a California corporation, Does 1-10.<br><br>    Defendants. | Case No. 1:23-at-383<br><br>Plaintiff's Corporate Disclosure Statement<br><br>Demand for Jury Trial |

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Adavco, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

May 5, 2023

/s/ Brian Tamsut
Brian Tamsut
Michael Harris
SOCAL IP LAW GROUP LLP

Attorney for Plaintiff Adavco, Inc.