Brian S. Tamsut, No. 322,780 btamsut@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Adavco, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Adavco, Inc., a California corporation,

    Plaintiff,

      v.

Deertrail Development LLC, a California limited liability company, New Gen Engineering Inc., a California corporation, McIntosh & Associates Engineering, Inc., a California corporation, Does 1-10.

    Defendants.

Case No. 1:23-cv-00695-SKO

Proof of Service of First Amended Complaint and Supporting Documents

Demand for Jury Trial

July 5, 2023

/s/ Brian Tamsut
Brian Tamsut
Michael Harris
SoCal IP Law Group LLP

Attorney for Plaintiff Adavco, Inc.

Civil Action No. Case 1:23-cv-00695-JLT-SKO   Document 19   Filed 07/05/23   Page 2 of 4

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for McIntosh & Associates Engineering, Inc. was received by me on  June 23, 2023.

Documents:   **Summons; First Amended Complaint; Exhibits; Amended Civil Cover Sheet; Standing Order; Minute Order; Clerk Notice Reassigning Case**

Service Address:   **10800 Stockdale Hwy Ste 103**
**BAKERSFIELD, CA 93311**

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons at the individual's residence or usual place of abode with Alexis Seamour - HR, a person of suitable age and discretion who resides there, on 6/29/2023, and mailed a copy to the individual's last known address; or

☑ I served the summons to   **BEVERLY ANN MCINTOSH - AGENT** , who is designated by law to accept service of process on behalf of  **McIntosh & Associates Engineering, Inc.  on   June 29, 2023  10:32 AM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ 152.40 for services, for a total of $ 152.40

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date:  **June 29, 2023**

_____
*Server's signature*

*Additional information regarding attempted service, etc:*
6/29/2023 -- 10:32 AM       Agent not in or available.
10800 Stockdale Hwy Ste 103, BAKERSFIELD, CA 93311

_____
**Mariah C. Martinez**
*Printed name and title*
*REG # 822, County of Kern*

_____
**674 County Square Drive, Suite 107, Ventura, CA 93003**
*Server's Address*

VN208808A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| **Jonathan Pearce**<br>**SoCal IP Law Group LLP**<br>**310 N. Westlake Boulevard, Suite 120   Westlake Village, CA 91362** | **SBN: 245776** | |

|  |  |
|---|---|
| TELEPHONE NO.: **(805) 230-1350** | FAX NO.: **(805) 230-1355** |

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **Plaintiff**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

STREET ADDRESS: **510 19th Street, Suite 200**

MAILING ADDRESS:

CITY AND ZIP CODE: **Bakersfield, CA 93301**

BRANCH NAME:

PLAINTIFF/PETITIONER: **ADAVCO, INC.**

DEFENDANT/RESPONDENT: **DEERTRAIL DEVELOPMENT LLC, et al.**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**1:23-cv-00695-JLT-SKO** |
|---|---|

I received the within assignment for filing and/or service on  June 23, 2023.

Servee:   **McIntosh & Associates Engineering, Inc.**

Documents:   **Summons; First Amended Complaint; Exhibits; Amended Civil Cover Sheet; Standing Order; Minute Order; Clerk Notice Reassigning Case**

As enumerated below:

6/29/2023 / 10:32 AM   Agent not in or available.
10800 Stockdale Hwy Ste 103,  BAKERSFIELD, CA 93311



**Commercial Process Serving, Inc.**
**674 County Square Drive, Suite 107**
**Ventura, CA 93003**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 6/29/2023.

Signature: _____

**Mariah C. Martinez**

**DECLARATION OF DILIGENCE**

**Order#: VN208808A/DilFormat.mdl**

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Jonathan Pearce, SBN: 245776<br>SoCal IP Law Group LLP<br>310 N. Westlake Boulevard, Suite 120<br>Westlake Village, CA 91362<br>*TELEPHONE No.:* (805) 230-1350   *FAX No. (Optional):* (805) 230-1355<br><br>*Attorney for:* Plaintiff Brian Tamsut | *E-MAIL ADDRESS (Optional):* | |
| | *Ref No. or File No.:*<br>A324.L22893 | |

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA - EASTERN DISTRICT

*Plaintiff:* ADAVCO, INC.

*Defendant:* DEERTRAIL DEVELOPMENT LLC, et al.

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:23-cv-00695-JLT-SKO |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons; First Amended Complaint; Exhibits; Amended Civil Cover Sheet; Standing Order; Minute Order; Clerk Notice Reassigning Case

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Ventura, California, addressed as  follows:

    a. Date of Mailing:               June 29, 2023

    b. Place of Mailing:            Ventura, CA

    c. Addressed as follows:      McIntosh & Associates Engineering, Inc.
                                     ATTENTION: BEVERLY ANN MCINTOSH - AGENT
                                       10800 Stockdale Hwy Ste 103
                                       BAKERSFIELD, CA 93311

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Ventura, California in the ordinary course of  business.

Fee for Service: **$ 152.40**



**Commercial Process Serving, Inc.**
**674 County Square Drive, Suite 107**
**Ventura, CA 93003**
**(805) 650-9291**
**Ref: A324.L22893**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **June 29, 2023**.

Signature: _____

                          **Juan Carlos Gamino**

**PROOF OF SERVICE BY MAIL**

Order#: **VN208808A/mailproof**