Brian S. Tamsut, Cal. Bar No. 322,780
btamsut@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Adavco, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adavco, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Deertrail Development LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-695-JLT-SKO<br><br>Notice of Application for Default Judgment by Adavco Inc. against Defendant McIntosh & Associates Engineering, Inc.<br><br>Hearing Date: January 4, 2024<br>Time: 9:00 am<br>Courtroom: Courtroom 4<br>Judge: Thurston |

To Defendants:

Please take notice that on Thursday January 4th at 9:00am or soon thereafter as this matter may be heard at the above-entitled Court, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, Courtroom 4, 7th floor, by the Honorable Jennifer Thurston, presiding; Plaintiff will present its Application for Default Judgment against Defendant McIntosh & Associates Engineering, Inc. The Clerk entered the default of said Defendant on 8/03/2023 (Dkt. 26).

This application is based on the Notice herein, the Memorandum of Points and Authorities, Declaration of Annette Davis, Declaration of Brian Tamsut filed concurrently herewith, and the pleadings, files and other matters that may be presented at the hearing.

At the time and place of the hearing Plaintiff will present evidence of the following:

1. Defendant McIntosh & Associates Engineering, Inc. never held title to any of the disputed tract maps.
2. Despite never owning the maps, Defendant received payment of $2.7 million for the maps.
3. Plaintiff is entitled to all proceeds of the sale of the maps.

December 1, 2023

/s/ Brian Tamsut
Brian Tamsut
Michael Harris
SoCal IP Law Group LLP

Attorney for Plaintiff Adavco, Inc.