David A. Ericksen (Bar No. 153923)
MURTAUGH TREGLIA STERN & DEILY LLP
2603 Main Street, Penthouse
Irvine, California  92614-6232
(949) 794-4000/FAX (949) 794-4099
dericksen@murtaughlaw.com

Attorneys for Defendant/Cross-Defendant
MCINTOSH & ASSOCIATES ENGINEERING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adavco, Inc., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>Deertrail Development LLC, a California limited liability company, New Gen Engineering Group, Inc., a California corporation, McIntosh & Associates Engineering, Inc., a California corporation, Does 1-10.<br><br>Defendants. | CASE NO.  1:23-cv-00695-JLT-SKO<br><br>**Assigned to:**<br>Hon. Jennifer L. Thurston (presiding)<br>Hon. Sheila K. Oberto (referral)<br><br>ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO ADAVCO, INC.'S COMPLAINT |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant and Cross-defendant McIntosh, INC. (hereinafter "McIntosh") files this Original Answer to the Amended Complaint of ADAVCO, INC. (hereinafter "Adavco"), as follows:

I.    **ANSWER**

1.    Answering Paragraph 1: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those

MURTAUGH TREGLIA
STERN & DEILY LLP
3047784

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

2.    Answering Paragraph 2: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof. Without waiver of the preceding general denial, this answering defendant admits that that this court has subject matter jurisdiction over the copyright claims in this action.

3.    Answering Paragraph 3: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof. Without waiver of the preceding general denial, this answering defendant admits that that this court has personal jurisdiction over this answering defendant and that this defendant previously did business in California, up to the death of Roger McIntosh on or about June 10, 2021 and sale of his assets as of February 1, 2022.

4.    Answering Paragraph 4: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof. Without waiver of the preceding general denial, this answering defendant admits that that this court has personal jurisdiction over this answering defendant and that this defendant previously did business in California, up to the death of Roger McIntosh on or about June 10, 2021 and sale of his assets as of February 1, 2022.

5.    Answering Paragraph 5: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

6.    Answering Paragraph 6: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

7.    Answering Paragraph 7: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. Without waiver of the preceding general denial, this answering defendant admits that that this court has personal jurisdiction over this answering defendant and that this defendant previously did business in California, up to the death of Roger McIntosh on or about June 10, 2021 and sale of his assets as of February 1, 2022. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO ADAVCO, INC.'S COMPLAINT

sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

8. Answering Paragraph 8: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

9. Answering Paragraph 9: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

10. Answering Paragraph 10: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

11. Answering Paragraph 11: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

12.     Answering Paragraph 12: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

13.     Answering Paragraph 13: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

14.     Answering Paragraph 14: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

1  and every allegation contained therein generally and specifically in each and
2  every part thereof.

3       15.    Answering Paragraph 15: McIntosh denies each and every
4  allegation contained therein generally and specifically, and each and every part
5  thereof, related to McIntosh. As to the remaining allegations, including
6  allegations as to other defendants, McIntosh alleges that it does not have
7  sufficient information or belief on the subject to enable it to answer any of the
8  allegations in those paragraphs and, basing its denial on that ground, denies each
9  and every allegation contained therein generally and specifically in each and
10  every part thereof.

11       16.    Answering Paragraph 16: McIntosh denies each and every
12  allegation contained therein generally and specifically, and each and every part
13  thereof, related to McIntosh. As to the remaining allegations, including
14  allegations as to other defendants, McIntosh alleges that it does not have
15  sufficient information or belief on the subject to enable it to answer any of the
16  allegations in those paragraphs and, basing its denial on that ground, denies each
17  and every allegation contained therein generally and specifically in each and
18  every part thereof.

19       17.    Answering Paragraph 17: McIntosh denies each and every
20  allegation contained therein generally and specifically, and each and every part
21  thereof, related to McIntosh. As to the remaining allegations, including
22  allegations as to other defendants, McIntosh alleges that it does not have
23  sufficient information or belief on the subject to enable it to answer any of the
24  allegations in those paragraphs and, basing its denial on that ground, denies each
25  and every allegation contained therein generally and specifically in each and
26  every part thereof.

27       18.    Answering Paragraph 18: McIntosh denies each and every
28  allegation contained therein generally and specifically, and each and every part

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

1  thereof, related to McIntosh. As to the remaining allegations, including

2  allegations as to other defendants, McIntosh alleges that it does not have

3  sufficient information or belief on the subject to enable it to answer any of the

4  allegations in those paragraphs and, basing its denial on that ground, denies each

5  and every allegation contained therein generally and specifically in each and

6  every part thereof. Without waiver of the preceding general denial, McIntosh did

7  no construction.

8        19.     Answering Paragraph 19: McIntosh denies each and every

9  allegation contained therein generally and specifically, and each and every part

10  thereof, related to McIntosh. As to the remaining allegations, including

11  allegations as to other defendants, McIntosh alleges that it does not have

12  sufficient information or belief on the subject to enable it to answer any of the

13  allegations in those paragraphs and, basing its denial on that ground, denies each

14  and every allegation contained therein generally and specifically in each and

15  every part thereof.

16        20.     Answering Paragraph 20: McIntosh denies each and every

17  allegation contained therein generally and specifically, and each and every part

18  thereof, related to McIntosh. As to the remaining allegations, including

19  allegations as to other defendants, McIntosh alleges that it does not have

20  sufficient information or belief on the subject to enable it to answer any of the

21  allegations in those paragraphs and, basing its denial on that ground, denies each

22  and every allegation contained therein generally and specifically in each and

23  every part thereof. Without waiver of the preceding general denial, McIntosh did

24  no construction.`

25        21.     Answering Paragraph 21: McIntosh denies each and every

26  allegation contained therein generally and specifically, and each and every part

27  thereof, related to McIntosh. As to the remaining allegations, including

28  allegations as to other defendants, McIntosh alleges that it does not have

1  sufficient information or belief on the subject to enable it to answer any of the

2  allegations in those paragraphs and, basing its denial on that ground, denies each

3  and every allegation contained therein generally and specifically in each and

4  every part thereof.

5      22.    Answering Paragraph 22: McIntosh denies each and every

6  allegation contained therein generally and specifically, and each and every part

7  thereof, related to McIntosh. As to the remaining allegations, including

8  allegations as to other defendants, McIntosh alleges that it does not have

9  sufficient information or belief on the subject to enable it to answer any of the

10 allegations in those paragraphs and, basing its denial on that ground, denies each

11 and every allegation contained therein generally and specifically in each and

12 every part thereof.

13     23.    Answering Paragraph 23: McIntosh denies each and every

14 allegation contained therein generally and specifically, and each and every part

15 thereof, related to McIntosh. As to the remaining allegations, including

16 allegations as to other defendants, McIntosh alleges that it does not have

17 sufficient information or belief on the subject to enable it to answer any of the

18 allegations in those paragraphs and, basing its denial on that ground, denies each

19 and every allegation contained therein generally and specifically in each and

20 every part thereof.

21     24.    Answering Paragraph 24: McIntosh denies each and every

22 allegation contained therein generally and specifically, and each and every part

23 thereof, related to McIntosh. As to the remaining allegations, including

24 allegations as to other defendants, McIntosh alleges that it does not have

25 sufficient information or belief on the subject to enable it to answer any of the

26 allegations in those paragraphs and, basing its denial on that ground, denies each

27 and every allegation contained therein generally and specifically in each and

28 every part thereof.

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

25.     Answering Paragraph 25: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

26.     Answering Paragraph 26: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

27.     Answering Paragraph 27: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have sufficient information or belief on the subject to enable it to answer any of the allegations in those paragraphs and, basing its denial on that ground, denies each and every allegation contained therein generally and specifically in each and every part thereof.

28.     Answering Paragraph 28: McIntosh denies each and every allegation contained therein generally and specifically, and each and every part thereof, related to McIntosh. As to the remaining allegations, including allegations as to other defendants, McIntosh alleges that it does not have

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

1  sufficient information or belief on the subject to enable it to answer any of the

2  allegations in those paragraphs and,  basing its denial on that ground, denies each

3  and every allegation contained therein generally and specifically in each and

4  every part thereof.

5      29.    Answering Paragraph 29: McIntosh denies each and every

6  allegation contained therein generally and specifically, and each and every part

7  thereof, related to McIntosh. As to the remaining allegations, including

8  allegations as to other defendants, McIntosh alleges that it does not have

9  sufficient information or belief on the subject to enable it to answer any of the

10 allegations in those paragraphs and, basing its denial on that ground, denies each

11 and every allegation contained therein generally and specifically in each and

12 every part thereof.

13     30.    Answering Paragraph 30: McIntosh denies each and every

14 allegation contained therein generally and specifically, and each and every part

15 thereof, related to McIntosh. As to the remaining allegations, including

16 allegations as to other defendants, McIntosh alleges that it does not have

17 sufficient information or belief on the subject to enable it to answer any of the

18 allegations in those paragraphs and, basing its denial on that ground, denies each

19 and every allegation contained therein generally and specifically in each and

20 every part thereof.

21     31.    Answering Paragraph 31: McIntosh denies each and every

22 allegation contained therein generally and specifically, and each and every part

23 thereof, related to McIntosh. As to the remaining allegations, including

24 allegations as to other defendants, McIntosh alleges that it does not have

25 sufficient information or belief on the subject to enable it to answer any of the

26 allegations in those paragraphs and, basing its denial on that ground, denies each

27 and every allegation contained therein generally and specifically in each and

28 every part thereof.

1  ## II.   AFFIRMATIVE DEFENSES

2   32.   FIRST AFFIRMATIVE DEFENSE (Fair Use). McIntosh asserts the

3  affirmative defense of Fair Use pursuant to Section 107 of the Copyright Act.

4   33.   SECOND AFFIRMATIVE DEFENSE (Indemnification). McIntosh

5  asserts the affirmative defense of indemnification. McIntosh alleges that any

6  damages or liability claimed by the plaintiff were caused by the actions or

7  omissions of a third party, for which McIntosh is entitled to be indemnified by

8  said third party. McIntosh further asserts that any recovery the plaintiff should by

9  sought from the third party responsible for the alleged damages or liability.

10   34.   THIRD AFFIRMATIVE DEFENSE (Contribution). McIntosh

11  asserts the affirmative defense of contribution. McIntosh demands that if it is

12  found liable for any damages or liability claimed by the plaintiff, such liability

13  should be apportioned among other responsible parties who may be jointly liable.

14  McIntosh seeks contribution from these other responsible parties to share in the

15  payment of any damages or liability imposed by the court.

16   35.   FOURTH AFFIRMATIVE DEFENSE (Principal-Agent

17  Relationship). McIntosh asserts the affirmative defense of Principal-Agent

18  Relationship. McIntosh alleges that at all times of the incident giving rise to the

19  plaintiffs claims, McIntosh, was acting as an agent on behalf of a disclosed

20  principal, Defendant Deertrail Development, LLC. McIntosh further contends

21  that all actions taken were done so under the lawful instruction and authority of

22  the controlling party in the principal-agent relationship, Defendant Deertrail

23  Development, LLC.

24   36.   FIFTH AFFIRMATIVE DEFENSE (Lack of Originality). McIntosh

25  asserts the affirmative defense of Lack of Originality. McIntosh alleges that the

26  allegedly infringed work lacks the requisite originality for copyright protection.

27   37.   SIXTH AFFIRMATIVE DEFENSE (Copyright Misuse). McIntosh

28  asserts the affirmative defense of Copyright Misuse. McIntosh alleges that

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

1  plaintiff has engaged in copyright misuse to stifle competition or exert control

2  beyond the scope of copyright law.

3        38.    SEVENTH AFFIRMATIVE DEFENSE (Innocent Infringer

4  Defense). McIntosh asserts the affirmative defense of Innocent Infringement

5  under Section 504. McIntosh alleges that if infringement did occur, McIntosh

6  was only not aware that its use of the work infringed the plaintiffs copyright, but

7  also that it had no reason to believe that its acts constituted infringement.

8        39.    EIGHTH AFFIRMATIVE DEFENSE (Estoppel). McIntosh asserts

9  the affirmative defense of Estoppel. McIntosh alleges that the plaintiff is barred

10  from asserting copyright infringement due to their prior conduct or

11  representations.

12        40.    NINTH AFFIRMATIVE DEFENSE (Unclean Hands). McIntosh

13  asserts the affirmative defense of Unclean Hands. McIntosh alleges that the

14  plaintiff engaged in improper conduct, such as copyright infringement

15  themselves, which disqualifies them from seeking relief.

16        41.    TENTH AFFIRMATIVE DEFENSE (First Amendment). McIntosh

17  asserts the affirmative defense of First Amendment protection. McIntosh alleges

18  that its actions are protected by the First Amendment's guarantee of freedom of

19  speech and right to freedom of expression.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

MURTAUGH TREGLIA
STERN & DEILY LLP

3047784

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT

1    **III.    DEMAND FOR JURY TRIAL**

2    　　42.    Pursuant to Federal Rule of Civil Procedure 38 and Civil Local Rule

3    201, McIntosh demands a jury trial on all issues present in the First Amended

4    Complaint that are triable by a jury.

5

6

7    Dated:  January 3, 2024                MURTAUGH TREGLIA STERN &
                                            DEILY LLP
8

9                                   By: _____
10                                      David A. Ericksen
                                        Attorneys for Defendant/Cross-
11                                      Defendant
                                        MCINTOSH & ASSOCIATES
12                                      ENGINEERING, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MURTAUGH TREGLIA
STERN & DEILY LLP

ANSWER BY MCINTOSH & ASSOCIATES ENGINEERING, INC. TO
ADAVCO, INC.'S COMPLAINT