IN UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAVCO, INC.,** | Case No. 1:23-cv-00695-JLT-SKO |
| Plaintiff, | **ORDER** |
| v. | (Doc. 80) |
| **DEERTRAIL DEVELOPMENT LLC,** | |
| **et al.,** | |
| Defendants. | |

In view of the parties' stipulation (Doc. 80), and good cause appearing, the default entered against New Gen, (Doc. 71) is SET ASIDE.  The Court further ORDERS:

1.     Defendant New Gen shall file its Answer to Plaintiff's Second Complaint on or before Friday, January 17, 2025.

2.     Defendant New Gen shall produce Blain Neptune for deposition by Plaintiff Adavco Inc. via zoom video conference on January 29, 2025 at 9:00am.

3.     Defendant New Gen shall complete its document production and response to interrogatories on or before January 23, 2025.

IT IS SO ORDERED.

Dated:   **January 17, 2025**              _/s/ Sheila K. Oberto_
                                       UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**