# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAVCO, INC., | Case No. 1:23-cv-00695-JLT-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE STIPULATED PROTECTIVE ORDER** |
| v. | |
| DEERTRAIL DEVELOPMENT LLC, et al., | (Doc. 99) |
| Defendants. | |

.

_____/

## I.    INTRODUCTION

On August 20, 2025, the parties filed a request seeking Court approval of their proposed Stipulated Protective Order.  (Doc. 99.)  The Court has reviewed this proposed stipulated protective order and has determined that, in its current form, it fails to comply with the Local Rules and cannot be granted.  For the reasons set forth below, the Court DENIES *without prejudice* the parties' request to approve the stipulation and protective order.

**A.    The Protective Order Does Not Comply with Local Rule 141.1(c)**

The proposed protective order does not comply with Rule 141.1(c)(1) of the Local Rules of the United States District Court, Eastern District of California.  Local Rule 141.1(c)(1) requires ***"[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information***."  (emphasis added.)

The Stipulated Protective Order, in its current form, does not comply with this requirement. It provides that "***[e]xamples*** of confidential information . . . ***include***" certain categories of materials. (Doc. 43 at 3 (emphasis added).)  With its inclusion of the words "examples" and "include," the proposed protective order fails to comply with Local Rule 141.1(c)(1), which requires "[a] description of the types of information eligible for protection under the order, with the description

provided in general terms sufficient to reveal the nature of the information." Without any additional qualification or limitation to the words "examples" and "include," or the removal thereof, the proposed protective order does not sufficiently identify the types of information eligible for protection.

**B.     The Parties' Stipulated Protective Order is Denied <u>Without</u> Prejudice**

The parties may re-file a revised proposed stipulated protective order that complies with Local Rule 141.1(c)(1) and corrects the deficiency set forth in this order.

## II.     CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that the parties' request for approval of their proposed Stipulated Protective Order (Doc. 99) is DENIED without prejudice to renewing the request.

IT IS SO ORDERED.

Dated:   **August 21, 2025**                    _/s/ Sheila K. Oberto_
                                        UNITED STATES MAGISTRATE JUDGE