# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ADAVCO, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>DEERTRAIL DEVELOPMENT, LLC, a California limited liability company, NEW GEN-ENGINEERING GROUP, INC., a California corporation, MCINTOSH & ASSOCIATES ENGINEERING, INC., a California corporation, and DOES 1-10,<br><br>  Defendants. | Case No. 1:23-cv-00695-JLT-SKO<br><br>**ORDER MODIFYING CASE SCHEDULING ORDER**<br><br>(Doc. 109) |
| DEERTRAIL DEVELOPMENT, LLC, a California limited liability company,<br><br>  Counter-Plaintiff,<br><br>  v.<br><br>ADAVCO, INC., a California corporation; and ANNETTE DAVIS, a California individual,<br><br>  Counter-Defendants. | |
| NEW GEN ENGINEERING GROUP, INC.,<br><br>  Cross-Plaintiff,<br><br>  v.<br><br>MCINTOSH & ASSOCIATES ENGINEERING, INC.<br><br>  Cross-Defendant. | |

ORDER re JOINT STIPULATION TO AMEND SCHEDULING ORDER

Having considered the parties' Joint Stipulation to Amend Scheduling Order ("Joint Stipulation"), (Doc. 109), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the March 14, 2025 Scheduling Order, (Doc. 91), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Non-Expert Discovery | December 19, 2025 | March 20, 2026 |
| Disclosure of experts | February 6, 2026 | May 8, 2026 |
| Disclosure of rebuttal experts | March 20, 2026 | June 19, 2026 |
| Expert discovery deadline | April 10, 2026 | July 10, 2026 |
| Non-Dispositive Motions (filing deadline) | April 29, 2026 | July 29, 2026 |
| Non-Dispositive Motions (hearing deadline) | June 3, 2026 | September 2, 2026 |
| Dispositive Motions (filing deadline) | May 8, 2026 | August 6, 2026 |
| Dispositive Motions (hearing deadline) | June 12, 2026 | September 10, 2026 |
| Pretrial Conference | October 26, 2026 at 1:30 p.m. | December 7, 2026 at 1:30 p.m. |
| Trial | January 20, 2027 at 8:30 a.m. (14 trial days) | February 2, 2027 at 8:30 a.m. (14 trial days) |

IT IS SO ORDERED.

Dated:   **November 22, 2025**              /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. Additionally, the deadline for requesting a settlement conference has not been rescheduled. The parties may jointly contact Courtroom Deputy Wendy Kusamura at wkusamura@caed.uscourts.gov to schedule a settlement conference.