**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

ADAVCO, INC., a California corporation,

Plaintiff,

v.

DEERTRAIL DEVELOPMENT, LLC, a California limited liability company, NEW GEN-ENGINEERING GROUP, INC., a California corporation, MCINTOSH & ASSOCIATES ENGINEERING, INC., a California corporation, and DOES 1-10,

Defendants.

DEERTRAIL DEVELOPMENT, LLC, a California limited liability company,

Counter-Plaintiff,

v.

ADAVCO, INC., a California corporation; and ANNETTE DAVIS, a California individual,

Counter-Defendants.

NEW GEN ENGINEERING GROUP, INC.,

Cross-Plaintiff,

v.

MCINTOSH & ASSOCIATES

Case No. 1:23-cv-00695-JLT-EGC

**ORDER *re* DEFENDANTS' MOTION TO STRIKE PLAINTIFF ADAVCO, INC.'S UNTIMELY AND PREVIOUSLY UNDISCLOSED DAMAGES THEORIES AND EXPERT OPINION**

(Doc. 118)

ENGINEERING, INC.

Cross-Defendant.

The matter before the Court is the *Motion to Strike Plaintiff Adavco, Inc.'s Untimely and Previously Undisclosed Damages Theories and Expert Opinion* (ECF 118, 125) by Defendants / Counter-Plaintiff DEERTRAIL DEVELOPMENT, LLC, NEW GEN-ENGINEERING GROUP, INC., and MCINTOSH & ASSOCIATES ENGINEERING, INC. (collectively "**Defendants**"). Having considered the parties' submissions, Defendants' motion is GRANTED-IN-PART and DENIED-IN-PART.

Pursuant to Fed. R. Civ. P. 37(c)(1), the Court GRANTS that portion of Defendants' motion seeking to strike ¶¶ 20, 43, 46, and Schedule 3 of the report of Plaintiff / Counter-Defendant Adavco, Inc.'s ("**Adavco**") damages expert Adam McArthur to the extent that those passages advance a reasonable royalty / hypothetical license theory of damages. That damages theory was not disclosed in Adavco's initial disclosures and any timely supplement as required by Fed. R. Civ. P. 26(a)(1)(A)(iii), and that non-disclosure was not substantially justified or harmless. Moreover, Adavco is precluded from advancing a reasonable royalty / hypothetical license theory of damages by motion or at trial.

The Court DENIES WITHOUT PREJUDICE that portion of Defendants' motion seeking to strike ¶¶ 20, 43, 44, 45 and Schedules 1-2 of Mr. McArthur's report on grounds that those passages disclosed affirmative opinions during the rebuttal phase of expert discovery.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE